IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM EPP, | ) | 4:16CV3176 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| SCOTT FRAKES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the court on its own motion. On March 7, 2017, after finding a misjoinder of parties, the court entered a order which directed the clerk of the court to open a new case file for Dukhan Mumin and to terminate him as party plaintiff in this case. The court then gave William Epp and Mr. Mumin 30 days in which to file an amended complaint in their respective cases.

    On March 13, 2017, Mr. Epp and Mr. Mumin filed a "Second Supplemental Complaint" in the present case (Filing No. 19). This filing will be stricken from the court file because it was filed without leave of court and Mr. Mumin is no longer a party plaintiff in this case.

    IT IS THEREFORE ORDERED that the clerk of the court shall:

1. Note on the docket sheet that the Second Supplemental Complaint (Filing No. 19) is stricken.

2. Mail a copy of this Memorandum and Order to Dukhan Mumin in addition to serving a copy on Plaintiff Epp.

DATED this 14th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge